UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BIG RIVER INDUSTRIES, INC.** | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | |
| v. | * | NO: 13-CV-00212 |
| | * | |
| **HEADWATERS RESOURCES, INC.** | * | |
| Defendants | * | JUDGE JAMES J. BRADY |
| | * | |
| | * | |
| | * | MAG. RICHARD BOURGEOIS |

*****************************************************************************

## JOINT STIPULATION OF DISMISSAL

Big River Industries, Inc. and Headwaters Resources, Inc., pursuant to Rule 41(a)(1)(A)(ii), jointly file this stipulation of dismissal. Upon further investigation, Big River Industries, Inc. has decided not to pursue this matter. Furthermore, and pursuant to Rule 41(a)(1)(B), this dismissal is with prejudice, with each party to bear its own costs.

RESPECTFULLY SUBMITTED:

/s/*Michael T. Beckers*_____
Brent P. Frederick (#25053)
Michael T. Beckers (#30197)
Ryan N. Ours (#27735)
Danielle N. Goren (#34563)
**DODSON, HOOKS & FREDERICK, APLC**
112 Founders Drive
Baton Rouge, LA 70810
Telephone: (225) 756-0222
Facsimile: (225) 756-0025

**ATTORNEYS FOR BIG RIVER INDUSTRIES, INC.**

and

445951.1

**McGLINCHEY STAFFORD, PLLC**

*/s/Christine Lipsey*
Christine Lipsey (Bar No. 1182), T. A.
E. Stewart Spielman (Bar No. 28766)
Kimberly D. Higginbotham (Bar No. 31779)
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
clipsey@mcglinchey.com
sspielman@mcglinchey.com
khiggonbotham@mcglinchey.com

**PRO HAC VICE COUNSEL:**
**Michael L Sibarium**
Pillsbury Winthrop Shaw Pittman LLP
2300 N. Street, NW
Washington, DC 20037-1122
Telephone: (202) 663-9202
Facsimile: (202) 663-8007

**ATTORNEYS FOR HEADWATERS RESOURCES, INC.**

445951.1

- 2 -

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BIG RIVER INDUSTRIES, INC.** | \* | **CIVIL ACTION** |
| Plaintiff | \* | |
| | \* | |
| v. | \* | **NO: 13-CV-00212** |
| | \* | |
| **HEADWATERS RESOURCES, INC.** | \* | |
| Defendants | \* | **JUDGE JAMES J. BRADY** |
| | \* | |
| | \* | |
| | \* | **MAG. RICHARD BOURGEOIS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Joint Stipulation of Dismissal filed on behalf of Big River Industries, Inc. and Headwaters Resources, Inc.;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Big River Industries, Inc.'s claims in this action against Headwaters Resources, Inc. are hereby dismissed, with prejudice, with each party to bear its own costs.

THUS DONE AND SIGNED in Baton Rouge, Louisiana this ___ day of _____, 2013.

_____
JUDGE JAMES J. BRADY
U.S. DISTRICT COURT FOR THE MIDDLE
DISTRICT OF LOUISIANA

445951.1