UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BIG RIVER INDUSTRIES, INC.<br>Plaintiff | * | CIVIL ACTION |
| v. | * | NO: 13-CV-00212 |
| HEADWATERS RESOURCES, INC.<br>Defendants | * | JUDGE JAMES J. BRADY |
| | * | MAG. RICHARD BOURGEOIS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Joint Stipulation of Dismissal filed on behalf of Big River Industries, Inc. and Headwaters Resources, Inc.;

IT IS HEREBY ORDERED that Big River Industries, Inc.'s claims in this action against Headwaters Resources, Inc. are hereby dismissed, with prejudice, with each party to bear its own costs.

Signed in Baton Rouge, Louisiana, on October 15, 2013.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

445957.1